DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NYKEE TYRELL GOLFIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1196

_____

November 19, 2025

Appeal from the Circuit Court for Hillsborough County; Barbara Twine Thomas, Judge.

Blair Allen, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Analise V. Walker, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.